# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER , <br><br> Plaintiff(s) <br><br> v. <br><br> WALGREEN CO., et al., , <br><br> Defendant(s) | Case No. C 19-05195-SBA <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  45  days.

Date: 1/15/2020

Signed: /s/ Irakli Karbelashvili
         Attorney for Plaintiff(s)

Signed: /s/ Amber Roller
         Attorney for Defendant(s)

Signed: _____
         Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*