UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID B. KETROSER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALGREEN CO., et al.,<br><br>　　　　Defendants. | Case No: 19-cv-05195 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

　　　Having received notice of the settlement of the action, <u>see</u> Dkt. 24, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and a case management conference will be reset, provided such motion is filed within sixty days of the date this order is filed.

　　　IT IS SO ORDERED.

Dated: 01/16/2020

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge