OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendants
WALGREEN CO. and ROIC CALIFORNIA, LLC


ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, California 95050
Telephone:    (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for Plaintiff
DAVID B. KETROSER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER,<br><br>    Plaintiff,<br><br>    v.<br><br>WALGREEN CO., an Illinois corporation, dba WALGREENS #02485; ROIC California, LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 4:19-cv-05195-SBA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: August 20, 2019<br>Trial Date:      None<br>District Judge:  Hon. Saundra B. Armstrong<br>                 Courtroom TBD, Oakland |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS STIPULATED by and between the parties hereto that this action may be dismissed in its entirety with prejudice as to all parties.

Respectfully submitted,

DATED: 1/28, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Amber L. Roller
    Amber L. Roller
    J. Nicholas Marfori

Attorneys for Defendants
WALGREEN CO. and ROIC CALIFORNIA, LLC

DATED: 1/28, 2020        ALLACCESS LAW GROUP


By: /s/ Irene Karbelashvili
    Irene Karbelashvili

Attorneys for Plaintiff
DAVID B. KETROSER

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**CERTIFICATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Irene Karbelashvili, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: ___1/28___, 2020          By: /s/ Irene Karbelashvili
                                     Irene Karbelashvili